Juan Carlos Salazar 1970966
R2-018, 1200 FM 655
Rosharon, Tx. 77583-8602

FILED
JAN 22 2016
David J. Bradley, Clerk of Court

Jan. 19, 2016

U.S. District Court
Southern District of Texas
P.O. Box 61010
Houston, Tx. 77208

4:15CV3610

RE: Inquiry regarding status of "1983" sent 12-9-15

Dear Clerk,

I'm "respectfully" requesting information regarding the location and status of the "1983" and "In Forma Pauperis" forms I mailed to you on Dec. 9, 2015.

Your time, immediate attn:, and confirmation of receipt of this document back to me are all gratefully appreciated!

Respectfully submitted,

Juan Carlos Salazar 1970966

Philippians 1:3-11

Juan Carlos Salazar #01970966
R-2-018  1200 Fm 655
Rosharon, TX, 77583-8602

NORTH HOUSTON TX 772
20 JAN 2016 PM 5 L

US District Court
Southern District of Texas
P.O. Box 61010
Houston, Texas, 77208

United States Courts
Southern District of Texas
FILED

JAN 22 2016

David J. Bradley, Clerk of Court

77208101010